UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-307

**Caption [use short title]**

**Motion for:** Consolidation

**Set forth below precise, complete statement of relief sought:**

Plaintiff- Appellants seek to consolidate two related matters, 24-916 and 25-307

Roderick Figures v. Johnson & Johnson Consumer Inc.

**MOVING PARTY:** Plaintiffs  **OPPOSING PARTY:** Defendants

☑ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** David R. Buchanan  **OPPOSING ATTORNEY:** Jay P. Lefkowitz

[name of attorney, with firm, address, phone number and e-mail]

Seeger Weiss LLP 55 Challenger Road,  Kirkland & Ellis, LLP, 601 Lexington Avenue,

Ridgefield Park NJ 07660 973-639-9100  New York, NY 10022, 212-446-4800

dbuchanan@seegerweiss.com  lefknowitz@kirkland.com

Court- Judge/ Agency appealed from: _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**

/s/ David R. Buchanan  **Date:** 2/20/2025  Service by: ☑ CM/ECF ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# 25-307

c/w 24-916

_____

UNITED STATES COURT OF APPEALS

For the

Second Circuit

_____

RODERICK FIGURES, *ET AL*.

                                                 PLAINTIFFS-APPELLANTS,

-----against-------

JOHNSON & JOHNSON CONSUMER, INC., *ET AL*.

                                                 DEFENDANTS-APPELLEES

**<u>MOTION TO CONSOLIDATE</u>**

                                        DAVID R. BUCHANAN (# DB-6368)
                                        SEEGER WEISS LLP
                                        55 Challenger Road
                                        Ridgefield Park, NJ 07660
                                        Telephone: (973) 639-9100
                                        Facsimile: (973) 679-8656
                                        Email: dbuchanan@seegerweiss.com

                                        Attorneys for Plaintiffs

1

NOW INTO COURT, through undersigned counsel, come Plaintiff-Appellants in the captioned matter, Roderick Figures; Julianne Anemone; Gabrielle Howell; Ginamay Cardines & Keith Hulihe'e; Jessica Massey; Marie Shearer & Michael Shearer; Rochelle Rose & Michael Caswell; Randall Kukich; Linda Davis & Christian Dorsey; Maryanne Godje; Michael Henry; Timothy Lovelace; Sarah Lester & Gavin Maynard; Andrew Rebholz; Richard Savoca; Andre Jones; Cody Thompson; Shana Axthelm, & Hunter Axthelm; Justin Troast; Megan Kail; Leah Hall & Parker Hall; Jordan Lee; Kellyann Tommell & R.T.; Jennifer Fennig, & Austin Fennig; Vaneng Xiong & Jack Lee; Shaneka Lewis & C.F; (collectively "Plaintiff-Appellants") who request, pursuant to Federal Rule of Appellate Procedure 3(a)(4), that this matter be consolidated with that related matter pending before this Court and captioned as *Tiffany Rutledge, et. al. v. Walgreen Co., et al.*, Cause of Action No. 24-916 ("First Appeal") and in support of that motion, Plaintiff-Appellants aver as follows:

Plaintiff-Appellants seek to consolidate two related matters currently pending before this Court. Both the captioned matter and the First Appeal arise out of the multidistrict litigation captioned as *In Re: Acetaminophen – ASD – ADHD Products Liability Litigation*, Cause of Action No. 22-md-3043 ("MDL Action"), pending in the United States District Court for the Southern District of New York. Specifically, both the First Appeal and the captioned matter seek review of the trial court's

2

December 18, 2023 Rule 702 Order Excluding Plaintiffs' General Causation Experts, MDL Dkt. 1381. Based on that ruling, the trial court entered final judgments dismissing the plaintiffs' claims. See MDL Dkt. 1409 entered February 21, 2024 and MDL Dkt. 1503 entered August 5, 2024. Timely Notices of Appeal were filed in both the First Appeal and in the captioned matter.

Consolidation is appropriate in this matter under Rule 3(a)(4). The resolution of both the First Appeal and the captioned matter present identical legal and factual issues pertaining to the proffered expert testimony. The trial court excluded all of the proffered expert testimony, finding that it was not admissible under Federal Rule of Evidence 702, in a single ruling. See MDL Dkt. 1381. The trial court then entered two separate judgments dismissing Plaintiffs' claims, finding that the Plaintiffs could not present any evidence of causation based on that ruling. See MDL Dkt. 1409 and 1503. Consequently, should this court find error in the trial court's exclusion of that expert testimony, it would require the reversal of both judgments. As such, it is in the interest of judicial efficiency that the cases be consolidated. If the consolidation is granted, Plaintiff-Appellants do not intend to submit additional briefing, but rather will adopt the briefing and argument presented by the appellants in the First Appeal.

The undersigned counsel has contacted counsel for Appellees to request their consent to this motion and Appellees do not oppose.

WHEREFORE, for the reasons stated above, Plaintiff-Appellants pray that the current motion be granted and that this Court consolidate Case No. 25-307 with 24-916.

        */s/ David R. Buchanan*
DAVID R. BUCHANAN (# DB-6368)
SEEGER WEISS LLP
55 Challenger Road
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656
Email: dbuchanan@seegerweiss.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 20th day of February, 2025, I served the foregoing motion on all counsel of record in this matter through the Court's electronic filing platform.

        */s/ David R. Buchanan*

4