# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of February, two thousand twenty-five.

Before:     Myrna Pérez,
                  *Circuit Judge.*

_____

Roderick Figures, et al.,

        Plaintiff - Appellants,

  v.

Johnson & Johnson Consumer Inc., Walgreens Co., Costco Wholesale Corporation, CVS Health Corporation, CVS Pharmacy, Inc, Walmart Inc., Rite Aid Corporation, Target Corporation, The Kroger Co., Safeway, Inc.,

        Defendants - Appellees.

_____

**ORDER**

Docket No. 25-307

    Appellants move to withdraw their pending motion to consolidate appeals and to hold this appeal in abeyance pending the Court's decision in the consolidated appeals under docket number 24-916(L). Appellees do not oppose the motion.

    IT IS HEREBY ORDERED that the motion is GRANTED.

        For the Court:

        Catherine O'Hagan Wolfe,
        Clerk of Court